I

United States District Court — District of Rhode Island

In the United States District Court

For the District of Rhode Island 02903-1779.
(Form mailed January 4, 2008)

I. MR: Gutierrez. Henry
Detainee at 950 High street
Central falls. Rhode island
zp# 02863.

Enter above the full name of the plaintiff in this action.

CA 08 017 ML

Civil Action No. ______

v.

MR: Dixon T. Employee #1
MR: Casto J. Employee #2
also The Employer. WYAT:
Donal. W. Detention facility inc

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☒ No ☐

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: I: MR: Henry. Gutierrez.

Defendants: Sergeant: MR: ~~Rebiera~~.
original- Rubeira.

2. Court (if federal court, name the district; if state court, name the county):

federal Court: U.S. District: R.I.

3. Docket number: * need apply

4. Name of judge to whom case was assigned: unnotice to Plaintiff

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

6. Approximate date of filing law suit: December 31. 2007.

7. Approximate date of disposition:

II. Place of Present Confinement: 950 High street Central falls RI 02863.

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☒ No ☐

B. If your answer is YES:

1. What steps did you take? written Grievance. inform about incident as well acknowledge my request to file charges.

2. What was the result? no reply ever since 11-22-07 date of issue. and time. 8 14 Am

C. If your answer is NO, explain why not:

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff MR. Gutierrez. Henry.

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant Mister Dixon T. is employed as C/O Correctional officer at 950 High ST. Central falls RI. 02863.

C. Additional Defendants: mister Casto J. officer of correction. at Donald W. Dentention facility of wyatt. 950 High street. central falls RI. 02863.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.)

Date: November 22. 2007. Time 8:14 AM C/O DIXON T AND C/O CASTO J. WHOME was assign To Gulf-Pod unit Did use an Excessiveness of force while i was bein escorted To wrect AT G-Pod C/O CASTO T. made a Verbal Threat. By stating: You See That Plaxxi Glass. I Hope it works? SuGested. I would Hit The Plaxxi: Head And face first AGAISNT The Mesh fence? Doing So. I Turn To recieve Codt With MY Back To C/O DIXON T. force MY face first AGAISNT The mesh fence. Doin So i still wearing Glasses. Later To AGAINT use excessive Violant force and slam me Backwards etc which Resulted in I. Plaintiff a Head Concunction. or also whip Lash To injury. Sustain To MY Back of The Head. Hitting MY Head AGAISNT The Pavement. Later C/O DIXON T. AND C/O CASTO J. Rush Me into The unit. and force me To The cell where. C/O DIXON T. Punches tours my upper Body. while C/O CASTO J. Gets The Control Both. and closses The door. Cell of G#2. LT. AND SGNT: MC. GinninG. Seen... And interview me. as well. Taken a Picture of me. and The medical also. Question me where Ive answer. Yea Ive Been injure and assaulted by staff.

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.) In The above description. plainly in View I Sustain Suficient injury for This class suet action. I #1ST would Request The Courts. To suppress The Video Tape. of 11.22. 2007. Time 8:14 AM To Be Secure! #2nd To Have inmate Maldonado? and Ramon Soto as well inmate Banc. who witness This Brutal assault #3rd To Haive me: Plaintiff Mr. Gutierrez Henry. into This Honorable. Courts. federal District of Providdance RI. and as The Courts see nessecery: To Assist Plaintiff To Press chargess Vs C/O DIXON T. Also C/O CASTO J. as well To Be Held responcible There EMPloyer: "WYAT" for improper Training. Libel and slander. Civil Law Suet. as well i seek monetary/finamcial Assets. To Compensate. for The Savage or mala Drama i The Plaintiff. Have suffere. Accute flash Back of incident. I am also under a Great Deal of Duress. I seek a Civil Rights Hearing. Theres a Great Deal of Abuse and Denial in This System. of Detention. as Ive MY Self suffer. and witness my Self. and others. Suffer at The Hands of EMPloyees. of Doldnald W. WYAT Detention. 950 HiGH street Central falls R.I. 02863.

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this Plaintiff: Henry. GuTierrez. day of December: 31 2007
12. 31, 2007.

Mr. Gutierrez. Henry.
Signature of plaintiff

Henry GuTierrez. 80582-038.
950 High street. Central falls.
RHode. Island. 02863.
Complete address of plaintiff




Duely Sworn: To abide by The facts.
under: Perjury Laws: and Goverment.
Sign: Henry. Gutierrez. under OAth