U.S. District Court

District of Rhode Island (Providence)

Civil Docket for Case #: 1:08-CV-00017 ML-LDA

Gutierrez V. Rubeira et al.
Assigned To: Judge Mary M. Lisi
Referred To: Magistrate Judge Lincoln D. Almond
Cause: 28: 1983

Date filed 01/24/2008
Jury Trial Requested
Nature of Suit: 320 Assault Libel And Slander.
Jurisdiction: federal Q+A
Reply To Question Above.

Plaintiff

Henry. Gutierrez

represented by Henry. Gutierrez
#80582-038
Wyat Detention facility
950 High street Central falls
Rhode Island zip# 02863.
(Pro Se)

V.

1.) Defendant
Sergeant: Rubiera Staff
Member of Donald wyat
Detention facility.

Defendant
c/o DIXON. Staff
c/o Casto. Staff
-Donald-
At w WYAT Detention
facility.

2.) Defendant
c/o Romos

3.) c/o Picardo

Staff Member of Donald w. wyat
Detention. facility.

| Date | # | Docket Text |
|---|---|---|
| 8-25-08 | 1 | They Above Complaint by The plaintiff: Henry. Gutierrez. Is To Be The Truth, sworn To be The Truth under oath of Law or Purjury |
| 8-25-08 | 2 | I. The Defendant is Requesting To Have a Trial By Jury. on The Reasonable grounds. of cross examination. also Bore witness of Report. |
| 8-25-08 | 3 | The Above would be nessary and, To Be Seen and Heard. By The jury. upon To render My Testimoney. and Hear The Defendant Statements. |

Reply To plaintiff.
As In Your Honorable Courts
Time. and Provided w/ Report. (s)

Sincerelly: Henry. Gutierrez
Attention: Henry Gutierrez